**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Peggy J. Sullivan
La Appellate Project
P. O. Box 2806
Monroe LA 71207

**REHEARING ACTION: February 21, 2018**

**Docket Number: 17   00527-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT SINEGAL**
**-AKA- ROBERT SENEGAL**

**Appealed from Vermilion Parish Case No. 60085-R**

**BEFORE JUDGES:**

   **Hon. Marc T. Amy**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Sinegal** has this day been

   **DENIED.**

cc: Hon. Keith A. Stutes, Counsel for the Appellee
    Roger P. Hamilton, Jr., Counsel for the Appellee